June 30, 2006

Mr. E. John Gorman
Attorney at Law
6363 Woodway, Suite 910
Houston, TX 77057
Mr. James R. Jordan
Shannon Gracey Ratliff & Miller, L.L.P.
500 N. Akard, Suite 2500
Dallas, TX 75201

RE: Case Number: 04-1139
 Court of Appeals Number: 05-04-00169-CV
 Trial Court Number: 03-11774

Style: PKG CONTRACTING, INC.
 v.
 CITY OF MESQUITE

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to the trial court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim Hamlin |
| |Ms. Lisa Matz |
| |Ms. Christina |
| |Stone |